PERRY R. FREDGANT, SBN 105755
prflaw@aol.com
LAW OFFICES OF PERRY R. FREDGANT
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel: (805) 267-1235;    Fax: (818) 597-1865

*Attorneys for Plaintiff JACK FREDGANT*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK FREDGANT, | Case No. |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## PRELIMINARY STATEMENT

1. Plaintiff Jack Fredgant brings this action against Defendant United States of America ("United States") under the Federal Tort Claims Act.

2. Plaintiff's action is for personal injury as a result of a vehicle-versus-bicycle collision (the "incident") caused by the negligent or wrongful acts and/or omissions of Defendant's employee and/or agent (whose name has not yet been ascertained), while acting within the scope of her office or employment with the United States Postal Service under circumstances where the United States, if a private person, would be liable to Plaintiff in accordance with the laws of the State of California, the place where the incident occurred, under U.S.C. § 1346(b).

3. Plaintiff has exhausted his administrative claims, as Plaintiff filed the required claim forms with Defendant and Defendant denied Plaintiff's claim by letter dated September 29, 2022.

4. Plaintiff alleges on personal knowledge as to all facts known to him, and on information and belief as to all other facts, as follows:

## JURISDICTION AND VENUE

5. This Court has jurisdiction over the subject matter of this complaint under 28 U.S.C. §§ 1331 and 1346(b).

6. On or about November 29, 2021, Plaintiff's counsel timely submitted a Claim for Damage, Injury, or Death to the United States Postal Service on behalf of Plaintiff pertaining to and arising from the incident that occurred on July 6, 2021. On or about March 25, 2022, Plaintiff's counsel received a letter dated March 22, 2022 from the United States Postal Service advising that the administrative claim filed on behalf of Plaintiff on November 29, 2021 had been assigned to the office of Sarah Brewer (Tort Claims Examiner/Adjudicator) for adjudication.

7. Subsequently, in or about early October 2022, Plaintiff's counsel received a letter dated September 29, 2022 from Ms. Brewer of the United States Postal Service that Plaintiff's claim is denied.

8. Venue is properly within this district under 28 U.S.C. § 1402(b), as the acts and/or omissions that are the subject of this complaint occurred within the County of Los Angeles, State of California.

## PARTIES

9. Plaintiff is and was at all relevant times a resident of the County of Los Angeles, State of California.

10. Defendant United States is sued for Plaintiff's personal injuries caused by the negligent or wrongful acts or omissions of Defendant's employee and/or agent

acting within the scope of her office or employment under circumstances where the United States, if a private person, would be liable to Plaintiff in accordance with the laws of the State of California.  As such, the United States is the appropriate defendant under the Federal Tort Claims Act.

## FACTUAL ALLEGATIONS

11. Plaintiff Jack Fredgant is a citizen of the United States of America.

12. The events giving rise to this cause of action occurred between approximately 11:00 a.m. and 1:00 p.m. on July 6, 2021 on Hillcroft Drive in West Hills, County of Los Angeles.  At that time. Plaintiff was riding his bicycle in a safe and careful manner downhill on Hillcroft Drive, which was a narrow street, when he saw a United States Postal Service truck (driven, on information and belief, by an employee of the United States Postal Service) driving uphill, heading straight toward him.  Plaintiff slammed on his brakes, skidded sideways to his right, trying to avoid a collision with the postal truck.  However, the driver of the postal truck did not stop and her front bumper hit the rear wheel of Plaintiff's bicycle.  As a direct result of said collision, Plaintiff flew off of his bicycle, hit the ground hard and sustained multiple bodily injuries.

13. Said employee and/or agent of the United States Postal Service acted in a negligent, careless and unreasonable manner in operating a United States Postal Service vehicle by driving as she did, paying insufficient attention to Plaintiff as she approached him, failing to exercise sufficient caution and failing to take the necessary and proper steps to avoid colliding with Plaintiff.  In doing so, she failed to use reasonable care in driving a vehicle, thereby directly causing said collision and the resulting serious injuries and damages to Plaintiff.

14. At the time, said employee and/or agent of the United States Postal Service was acting within the scope of her office or employment by the United States Postal Service, an agency of Defendant United States.

# FIRST CAUSE OF ACTION
## (Negligence)

15. Plaintiff realleges and incorporates by reference each allegation in ¶¶1-14, inclusive, as though set forth fully herein.

16. Said employee and/or agent of the United States Postal Service owed a duty to Plaintiff and, as described above, breached her duty to Plaintiff and was the direct and proximate cause and a substantial factor in bringing about Plaintiff's damages outlined below.

17. The wrongful acts and omissions of said employee and/or agent constitute a tort of negligence under the laws of the State of California.

18. Said employee and/or agent was acting within the scope of her office or employment by the United States Postal Service, an agency of Defendant United States.

19. Under the Federal Tort Claims Act, Defendant United States is liable for these actions.

20. As a direct result of the negligence of Defendant United States, Plaintiff has suffered special and general damages.

21. As a direct result of the incident, Plaintiff has sustained bodily injuries. As a result of said injuries, Plaintiff has had, and in the future will have, pain and suffering. He is therefore entitled to general damages, in a sum according to proof at trial.

22. As a direct result of his bodily injuries, Plaintiff has incurred medical and related expenses, in a sum according to proof at trial, and in the future will incur medical and related expenses, the exact amount of which are not yet own.

23. As a direct result of the incident, Plaintiff has sustained property damage, in a sum according to proof at trial.

## **PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendant United States, as follows:

1. General damages in the sum of not less than $100,000, according to proof;

2. The reasonable value of such medical expenses, x-rays, laboratory procedures, nursing care and attention, and drugs and sundries, according to proof;

3. Compensation for such property damage, according to proof;

4. For costs of suit incurred herein; and

5. For such other and further relief as the Court deems just and proper.

DATED: December 28, 2022        LAW OFFICES OF PERRY R. FREDGANT


                                By: /s/ Perry R. Fredgant
                                    PERRY R. FREDGANT
                                Attorneys for Plaintiff JACK FREDGANT